UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY THOMAS WILLS,

    Petitioner,      Case No. 1:13-cv-606

v.      Honorable Paul L. Maloney

JEFFREY WOODS,

    Respondent.
_____/

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:   July 27, 2016          /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge