UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY THOMAS WILLS,

        Petitioner,        Case No. 1:13-cv-606

v.        Honorable Paul L. Maloney

JEFFREY WOODS,

        Respondent.

_____/

**JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice because it fails to raise a meritorious federal claim.

Dated:   July 27, 2016        /s/ Paul L. Maloney
        Paul L. Maloney
        United States District Judge